(1) The motion is granted.

(2) Each side shall bear its own costs.

---

**R.C. PIERRE APARTMENTS,**
Plaintiff–Appellee,

v.

**UNITED STATES, Defendant–**
**Appellant.**

**No. 05–5091.**

United States Court of Appeals,
Federal Circuit.

May 4, 2005.

**ORDER**

Upon consideration of the United States' motion to voluntarily dismiss its appeal pursuant to Fed. R.App. P. 42(b).[1]

IT IS ORDERED THAT:

1. We note that the parties request that this dismissal be without prejudice, however, it is not the practice of this court to dismiss with or without prejudice.

---

(1) The motion is granted.

(2) Each side shall bear its own costs.

**R.C. MO APARTMENTS,**
Plaintiff–Appellee,

v.

**UNITED STATES, Defendant–**
**Appellant.**

**No. 05–5090.**

United States Court of Appeals,
Federal Circuit.

May 4, 2005.

**ORDER**

Upon consideration of the United States' motion to voluntarily dismiss its appeal pursuant to Fed. R.App. P. 42(b).[1]

IT IS ORDERED THAT:

1. We note that the parties request that this dismissal be without prejudice, however, it is not the practice of this court to dismiss with or without prejudice.